UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 26-mj-2278 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| ALEXANDER STROHMEYER | ) | |

**MOTION TO SEAL CRIMINAL COMPLAINT**

COMES NOW the United States of America, by and through Braden H. Boucek, United States Attorney, and the undersigned First Assistant United States Attorney, Robert E. McGuire, and moves the court to seal the Criminal Complaint, attendant Arrest Warrant, and other materials related to the Complaint until such time as the Defendant is served with the Arrest Warrant and brought into custody.

For cause, the United States submits that this sealing will help to ensure the safety of the law enforcement officers who are serving the warrant and will lower the risk of the destruction of other potential evidence in this matter between the time of the issuance of the warrant and the time of its service on the Defendant.

In order to comply with its obligations under Rule 16 of the Federal Rules of Criminal Procedure, the United States requests that it be provided a file-stamped copy and allowed to disclose such documents, without further leave of Court, to counsel for any defendant in any future proceedings whose case relates to this Complaint.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By: *s/ Robert McGuire*

ROBERT McGUIRE
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151