UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 26-mj-2278 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| ALEXANDER STROHMEYER | ) | |

**ORDER TO SEAL CRIMINAL COMPLAINT**

The Court is in receipt of a Criminal Complaint and Arrest Warrant in the above styled case. The Court is also in receipt of a Motion by the United States requesting that the Complaint, Arrest Warrant, and attendant documents be sealed until the time of the Defendant's apprehension.

For the cause stated in the Government's Motion, the Motion is GRANTED. The Complaint, Arrest Warrant and attendant documents (including the Government's Motion and this Order) shall be sealed and kept from public view, shall be available only to law enforcement to facilitate the service of the warrant, and shall be sealed until such time as the Defendant is arrested on that warrant.

However, in order to comply with its obligations under Rule 16 of the Federal Rules of Criminal Procedure, the United States may disclose such documents, without further leave of Court, to counsel for any defendant in any future proceedings whose case relates to this Complaint.

It is so ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge