# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.
ALEXANDER STROHMEYER

Defendant

Case No. 26-mj-2278

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALEXANDER STROHMEYER ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

A violation of Title 18, United States Code Sections 15(a)(1) and 875(c) - threats to murder former federal officials and threatening interstate communications.

Date: July 30, 2026

*Issuing officer's signature*

City and state: NASHVILLE, TN

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________ , and the person was arrested on *(date)* ______________
at *(city and state)* ______________ .

Date: ______________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______________________

Known aliases: ______________________

Last known residence: ______________________

Prior addresses to which defendant/offender may still have ties: ______________________

Last known employment: ______________________

Last known telephone numbers: ______________________

Place of birth: ______________________

Date of birth: ______________________

Social Security number: ______________________

Height: ______________________ Weight: ______________________

Sex: ______________________ Race: ______________________

Hair: ______________________ Eyes: ______________________

Scars, tattoos, other distinguishing marks: ______________________

History of violence, weapons, drug use: ______________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________

FBI number: ______________________

Complete description of auto: ______________________

Investigative agency and address: ______________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________