AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.

ALEXANDER STROHMEYER

*Defendant(s)*

Case No. 26-mj-2278

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June - July 2026 in the county of Williamson & Davidson in the Middle District of Tennessee, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 115(a)(1) | Threats to murder former federal officials |
| 18 U.S.C. Section 875(c) | Threatning interstate communications |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

/s/Christian Marrerro
*Complainant's signature*

DUSM Christian Marrero USMS
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 07/30/2026

*Judge's signature*

City and state: Nashville, Tennessee

Jeffery S. Frensley, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

1. I am a Deputy U.S. Marshal with the United States Marshals Service (USMS) and have been since January 11, 2022. I successfully completed training at the Federal Law Enforcement Training Academy in Brunswick, Georgia. I currently serve as a Team Leader of the Middle Tennessee Fugitive Task Force. Prior to joining the USMS, I worked for the Orange County Sheriff's Office in Orlando, Florida from 2013 to 2021. As part of my regular duties, I locate and apprehend fugitives wanted for violating laws of the United States and the state of Tennessee, which regularly involves the use of cellular telephone and other electronic surveillance. I am familiar with federal statutes related to threats to retaliate against former federal officials under 18 U.S.C. § 115(a)(2).

2. The facts in this affidavit come from my personal observations, my training and experience, my review of documents, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the issuance of a Criminal Complaint and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that Alexander Lawrence STROHMEYER ("STROHMEYER") has violated Title 18, United States Code Section 115(a)(2) for making threats to murder former federal officials in retaliation for a prior official action and issuing threatening interstate communications in violation 18 U.S.C. § 875(c)

## PROBABLE CAUSE

4. On July 22, 2026, the Williamson County Sheriff's Office obtained an arrest warrant for STROHMEYER for violation of T.C.A. § 39-17-1906 (intimate digital depictions).

This warrant was adopted by the USMS on July 23, 2026, and I began a fugitive investigation of STROHMEYER.

5. In summary, STROHMEYER is accused in the state case of sending the victim multiple and threatening text messages over a period of time. Among other things, the electronic communications stated to the victim her children "were not off the table." The victim took this to mean the lives of her children were being threatened. Additionally, STROHMEYER stated he could ruin the victim's life with "the press of a button or a modded AR-15 trigger." Lastly, STROHMEYER submitted photos of the victim in a bikini to an Artificial Intelligence platform and created a video and/or images depicting the victim's nude body without her consent. STROHMEYER stated via electronic communications to the victim that he had said video and/or images and that he would use the video and/or images by sending it out and destroying the victim's reputation.

6. Therefore, there is probable cause to believe that STROHMEYER used an electronic communication service or system of interstate commerce to engage in a course of conduct designed to harass or intimate the victim which placed the victim in fear of death or serious bodily injury to her and her immediate family members.

7. As a part of the investigation, I communicated with the victim. The victim informed me that she had multiple text messages from STROHMEYER threatening other individuals which were sent to her by STROHMEYER. I reviewed screenshots of those text messages as part of this investigation. The texts were sent in late June 2026.

8. I am also aware that STROHMEYER was terminated from his employment at the United States Attorney's Office for the Middle District of Tennessee on or about August 8, 2024. At that time, senior federal officials at the U.S. Attorneys Office were Official # 1, Official # 2,

and Official # 3.[1] All would have been involved in the termination of STROHMEYER from his employment as an Assistant U.S. Attorney in August 2024.

9. The text messages from STROHMEYER to the original victim contain threats to Officials #1, #2, and #3 and their families. Copies of some of relevant screenshots are below:




[1] I have used pseudonyms for these individuals to avoid naming or identifying a victim in a publicly filed document. I can provide the names and titles of those officials upon request of the issuing Judge.




10. I have reviewed additional texts that were also sent by STROHMEYER that are of a similar nature in that they express a desire to kill former federal officials or their family members.

11. These messages were transported via the Internet using a facility of interstate commerce and there is probable cause to believe that the messages crossed a state line and therefore were transmitted in interstate or foreign commerce.

12. Based on the foregoing, I submit that there is probable cause to believe that STROHMEYER has committed violations of 18 U.S.C. § 115(a)(1) and 875(c) and I ask that a warrant be issued for his arrest.

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ☐
Complaint ☒
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: Davidson
AUSA's NAME: McGuire

Reviewed by AUSA: __REM__________
(Initials)

Alexander Strohmeyer
Defendant's Full Name

______________________________
Defendant's Address

Interpreter Needed? ☐ Yes ☒ No

If Yes, what language? ______________________

______________________________
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| - | 18 U.S.C. § 115(a)(1) | Threat to murder former federal official | 10 years | $250,000 |
| - | 18 U.S.C. § 875(c) | Threatening interstate communications | 5 years | $250,000 |

Is the defendant currently in custody? Yes ☒ No ☐ If yes, **State** or Federal? Writ requested ☒

Has a complaint been filed? Yes ☐ No ☐
If Yes: Name of the Magistrate Judge ______________________ Case No.: ______________________
Was the defendant arrested on the complaint? Yes ☐ No ☐

Has a search warrant been issued? Yes ☐ No ☐
If Yes: Name of the Magistrate Judge ______________________ Case No.: ______________________

Was bond set by Magistrate/District Judge? Yes ☐ No ☐ Amount of bond: ______________

Is this a Rule 20? Yes ☐ No ☒ To/from what district? ______________________
Is this a Rule 40? Yes ☐ No ☒ To/from what district? ______________________

Estimated trial time: 2 days

The Clerk will issue a Summons/**Warrant** (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☒ No ☐ Recommended conditions of release: ______________________