UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 3:26-cr-2278 |
| | ) | |
| | ) | |
| ALEXANDER L. STROHMEYER | ) | |

**ORDER UNSEALING COMPLAINT**

The Court is in receipt of a Motion by the United States requesting that the Complaint and attendant documents be unsealed now that the charged Defendant has been apprehended.

For the cause stated in the Government's Motion, the Motion is GRANTED. The Complaint and attendant documents (including the Government's Motion and this Order) shall be unsealed and available for public view.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge